IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

JOVANNA NETZAY DIAZ

NO.  3:25-mj-00182

**MOTION FOR DETENTION AND**
**MOTION TO CONTINUE DETENTION HEARING**

The United States moves for pretrial detention of defendant, Jovanna Netzay Diaz, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. § 3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death;

    \_\_\_\_\_ 10 + year drug offense;

    \_\_\_\_\_ Felony, with two prior convictions in above categories;

    \_\_X\_\_ Serious risk defendant will flee;

    \_\_\_\_\_ Serious risk obstruction of justice;

    \_\_X\_\_ Felony involving a minor victim;

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon; or

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250).

**Motion for Detention - Page 1**

2. <u>Reason for Detention</u>:  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u>  X  </u>  Defendant's appearance as required;

   <u>  X  </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>:  The United States will invoke the rebuttable presumption against defendant because (check all that apply):

   <u>      </u>  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c);

   <u>      </u>  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5);

   <u>      </u>  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201 and 2251; or

   <u>      </u>  Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Time for Detention Hearing</u>:  The United States requests the Court conduct the detention hearing,

   <u>      </u>  At first appearance

   <u>  X  </u>  After continuance of <u>  3   </u> days (not more than 3).

**Motion for Detention - Page 2**

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

/s/ *Claire E. Demers*
CLAIRE E. DEMERS
Assistant United States Attorney
Texas Bar No. 24132238
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8800
Claire.Demers@usdoj.gov

## CERTIFICATE OF NON-SERVICE

I hereby certify that a true and correct copy of this document was filed via e-mail to the Court on this 28th day of February 2025.

/s/ *Claire E. Demers*
CLAIRE E. DEMERS
Assistant United States Attorney

**Motion for Detention - Page 3**